# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| EHSAN MOHAMMED AL-HALLAF, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:18-cv-00490-KOB-JHE |
| ) | |
| U.S. ATTORNEY GENERAL OF ) | |
| AMERICA, ) | |
| ) | |
| Respondent. | |

## MEMORANDUM OPINION

On July 13, 2018, the magistrate judge entered a Report and Recommendation, (doc. 16), recommending that the petition for writ of habeas corpus be dismissed without prejudice. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be **ADOPTED** and **APPROVED**.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be **DISMISSED**. A separate Order will be entered.

DONE and ORDERED this 10th day of December, 2018.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE